| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on September 25, 2025<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>　　JOSE R DEBELLI<br>　　ELSA LUCIA DEBELLI | Case No.:  25-18178<br><br>Judge:  STACEY L. MEISEL |

**ORDER ON CH13 TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM**

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: September 25, 2025**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): JOSE R DEBELLI
ELSA LUCIA DEBELLI

Case No.: 25-18178SLM

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

---

ORDERED, that the claim of FETZKO LAW OFFICES PC, Court Claim Number 5, be reduced to amount of $0 , for the reasons set forth in the motion.