UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on September 25, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

IN RE:

    JOSE R DEBELLI
    ELSA LUCIA DEBELLI

Case No.:  25-18178

Judge:  STACEY L. MEISEL

**ORDER ON CH13 TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM**

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: September 25, 2025**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): JOSE R DEBELLI
ELSA LUCIA DEBELLI

Case No.: 25-18178SLM

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

ORDERED, that the claim of FETZKO LAW OFFICES PC, Court Claim Number 5, be reduced to amount of $0 , for the reasons set forth in the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Jose R DeBelli  
Elsa Lucia DeBelli  
    Debtors

Case No. 25-18178-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Sep 25, 2025      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jose R DeBelli, Elsa Lucia DeBelli, 84 Ray Street, Garfield, NJ 07026-3735 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2025 at the address(es) listed below:

**Name**      **Email Address**

Brian C. Fetzko  
     on behalf of Joint Debtor Elsa Lucia DeBelli bfetzko@fetzkolaw.com

Brian C. Fetzko  
     on behalf of Debtor Jose R DeBelli bfetzko@fetzkolaw.com

Denise E. Carlon  
     on behalf of Creditor LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-3, U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to B dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg  
     magecf@magtrustee.com

U.S. Trustee  
     USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Sep 25, 2025 Form ID: pdf903 Total Noticed: 1
TOTAL: 5