| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on October 23, 2025<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| | Case No.:  25-18178 |
| IN RE:<br>    JOSE R DEBELLI<br>    ELSA LUCIA DEBELLI | Hearing Date:  10/22/2025 |
| | Judge:  STACEY L. MEISEL |

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: October 23, 2025

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s): JOSE R DEBELLI
 ELSA LUCIA DEBELLI

Case No.: 25-18178SLM

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 10/22/2025 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 10/22/2025 of the plan filed on 08/11/2025, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 11/03/2025 or the case will be dismissed; and it is further

ORDERED, that the Debtor must provide the Trustee with an updated sufficient valuation on real property, verification of the 6 month pre-petition income, verification of SNAP income, proof of current social security income for both debtors, letter of contribution income and proof of current income for the contributor(s), and a copy of the Deed that verifies Debtors' ownership interest by 11/3/2025 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.