Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 25−18178−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jose R DeBelli
84 Ray Street
Garfield, NJ 07026

Elsa Lucia DeBelli
84 Ray Street
Garfield, NJ 07026

Social Security No.:
xxx−xx−9862

xxx−xx−2400

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 8/11/25 and a confirmation hearing on such Plan has been scheduled for 10/22/25.

The debtor filed a Modified Plan on 10/23/25 and a confirmation hearing on the Modified Plan is scheduled for 12/10/2025. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.


Dated: October 23, 2025
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-18178-SLM |
| Jose R DeBelli | Chapter 13 |
| Elsa Lucia DeBelli | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 23, 2025 | Form ID: 186 | Total Noticed: 73 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jose R DeBelli, Elsa Lucia DeBelli, 84 Ray Street, Garfield, NJ 07026-3735 |
| aty | + | Asaph Abrams, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520767657 | + | Atlantic Ambulance Corp, PO Box 949, Matawan, NJ 07747-0949 |
| 520767658 | + | Atlantic Brain & Spine, 10 Madison Avenue, Suite 202, Morristown, NJ 07960-7303 |
| 520767659 | + | Atlantic Imaging Services, PO Box 1259, Dept 165956, Oaks, PA 19456-1259 |
| 520767660 | | Bergen Gastroenterology, PO Box 1870, Cary, NC 27512-1870 |
| 520767661 | + | Bergen New Bridge Medical Center, 3 Neptune Road, Suite S200, Poughkeepsie, NY 12601-7102 |
| 520767668 | + | Celentano, Stadtmauer & Walentowicz LLP, 1035 US Route 46 #208, Clifton, NJ 07013-7481 |
| 520767669 | | Central State Healthcare System, PO Box 35610, Newark, NJ 07193-5610 |
| 520767680 | | Hackensack Meridian, Pascack Valley Medical Group, PO Box 416899, Boston, MA 02241-6899 |
| 520767682 | | Imagecare at Denville, 57 Route 46E, Suite 209, Hackettstown, NJ 07840-2695 |
| 520767683 | + | Impact Medical, 44 State Route 23, Suite #6, Riverdale, NJ 07457-1603 |
| 520767691 | + | National Vision Inc, C/O America's Best, 2000 NewPoint Parkway, Suite 100H, Lawrenceville, GA 30043-5578 |
| 520767696 | + | Summit Health, 36 Newark Avenue, Suite 200, Belleville, NJ 07109-4121 |
| 520767695 | + | Summit Health, 1 Robertson Drive, Bedminster, NJ 07921-1716 |
| 520767697 | + | Sunnova SSA Management LLC, 20 Greenway Plaza, Suite 540, Houston, TX 77046-2015 |
| 520767707 | + | The Valley Hospital, 223 North Van Dien Ave, Ridgewood, NJ 07450-2736 |
| 520767708 | | Valley Medical Group, 15 Eaawx Road, Suite 506, Paramus, NJ 07652 |
| 520767709 | + | Valley Medical Group, 95 Route 17 South, Paramus, NJ 07652-2643 |
| 520767710 | | Weiss Medical, 44 Route 23 North, Suite 6, Riverdale, NJ 07457-1603 |
| 520767711 | + | Zoll Life Vest LLC, PO Box 1259, Dept 140418, Oaks, PA 19456-1259 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 23 2025 21:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 23 2025 21:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520767655 | | Email/Text: mreed@affcollections.com | Oct 23 2025 21:06:00 | Accurate Collection Services, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 520781080 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 23 2025 21:23:34 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520767656 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 23 2025 21:03:00 | Ally Bank, Attn: President, 200 Renaissance Cir, Detroit, MI 48243-1300 |
| 520767663 | | Email/Text: BNBSB@capitalsvcs.com | Oct 23 2025 21:04:00 | Bryant State Bank, 500 60th St, Sioux Falls, SD 57104 |
| 520767665 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 23 2025 21:10:14 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |

Case 25-18178-SLM  Doc 37  Filed 10/25/25  Entered 10/26/25 00:24:10  Desc Imaged
Certificate of Notice  Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 23, 2025 | Form ID: 186 | Total Noticed: 73 |

| Recip ID | Notice Type | Email Address | Date/Time | Recipient |
|---|---|---|---|---|
| 520767664 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 23 2025 21:10:40 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520773171 |  | Email/Text: mrdiscen@discover.com | Oct 23 2025 21:04:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 520767666 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 23 2025 21:10:52 | Capital One/Kohls, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520767667 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 23 2025 21:35:42 | Capital One/Quicksilver, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520767670 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 23 2025 21:05:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 520767671 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 23 2025 21:06:00 | Credit Collection Services, 2 Wells Avenue, Newton Center, MA 02459-3225 |
| 520767672 |  | Email/PDF: creditonebknotifications@resurgent.com | Oct 23 2025 21:10:43 | Credit One, PO Box 60500, City of Industry, CA 91716-0500 |
| 520767674 |  | Email/Text: mrdiscen@discover.com | Oct 23 2025 21:04:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 520767675 | ^ | MEBN | Oct 23 2025 21:00:10 | DSRM National Bank, 7201 Canyon Drive, Amarillo, TX 79110-4339 |
| 520767673 |  | Email/Text: mrdiscen@discover.com | Oct 23 2025 21:04:00 | Discover, PO Box 70176, Philadelphia, PA 19176-0176 |
| 520767676 |  | Email/Text: collecadminbankruptcy@fnni.com | Oct 23 2025 21:05:00 | First National Bank Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 520767662 |  | Email/Text: BNBLAZE@capitalsvcs.com | Oct 23 2025 21:04:00 | Blaze Mastercard, PO Box 2534, Omaha, NE 68103-2534 |
| 520771465 | ^ | MEBN | Oct 23 2025 20:59:55 | Fetzko Law Offices, P.C., 12 Evergreen Drive, Suite 102, Middletown, NY 10940-4320 |
| 520767677 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 23 2025 21:04:00 | Fortiva, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 520767678 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 23 2025 21:04:00 | Goldman Sachs Bank, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 520767679 | + | Email/Text: HUMCBankruptcy@hmhn.org | Oct 23 2025 21:05:00 | Hackensack Medical Center, 30 Prospect Avenue, Hackensack, NJ 07601-1915 |
| 520767681 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 23 2025 21:11:12 | Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520767684 |  | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 23 2025 21:06:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 520803668 |  | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 23 2025 21:06:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520767685 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 23 2025 21:34:29 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 520843975 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 23 2025 21:04:00 | LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520767686 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 23 2025 21:10:59 | LVNV Funding, 625 Pilot Road, Suite 3, Las Vegas, NV 89119-4485 |
| 520771460 |  | Email/PDF: resurgentbknotifications@resurgent.com | Oct 23 2025 21:10:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520767689 |  | Email/Text: ml-ebn@missionlane.com | Oct 23 2025 21:03:00 | MISSION LANE, PO BOX 105286, Atlanta, GA 30348 |
| 520767687 | + | Email/Text: Mercury@ebn.phinsolutions.com | | |

Case 25-18178-SLM    Doc 37    Filed 10/25/25    Entered 10/26/25 00:24:10    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 23, 2025 | Form ID: 186 | Total Noticed: 73 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 23 2025 21:04:00 | Mercury, PO Box 70168, Philadelphia, PA 19176-0168 |
| 520767688 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 23 2025 21:06:00 | Midland Credit Management, PO Box 13105, Roanoke, VA 24031-3105 |
| 520825201 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 23 2025 21:06:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520767690 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 23 2025 21:04:00 | Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 520767692 | | Email/Text: billingadmin@orthonj.org | Oct 23 2025 21:05:00 | Orthopaedics New Jersey, 85 South Maple Avenue, Ridgewood, NJ 07450-4561 |
| 520843989 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 23 2025 21:34:35 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520767693 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 23 2025 21:23:33 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 520838190 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 23 2025 21:10:47 | Portfolio Recovery Associates, LLC, c/o ALLY BANK, POB 41067, Norfolk, VA 23541 |
| 520775787 | | Email/Text: bnc-quantum@quantum3group.com | Oct 23 2025 21:06:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 520802840 | | Email/Text: bnc-quantum@quantum3group.com | Oct 23 2025 21:06:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520767694 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 23 2025 21:10:55 | Resurgent Capital Services, PO Box 510090, Livonia, MI 48151-6090 |
| 520792205 | | Email/Text: bankruptcy@springoakscapital.com | Oct 23 2025 21:04:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 520767698 | | Email/Text: cfcbackoffice@contfinco.com | Oct 23 2025 21:05:00 | Surge/Celtic Bank/Contfinco, PO Box6812, Carol Stream, IL 60197-6812 |
| 520767699 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 23 2025 21:35:34 | Synchrony, PO Box 71754, Philadelphia, PA 19176-1754 |
| 520767700 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 23 2025 21:34:44 | Synchrony Bank, P.O. Box 105972, Atlanta, GA 30348-5972 |
| 520767702 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 23 2025 21:10:04 | Synchrony Bank, PO Box 965015, Orlando, FL 32896-5015 |
| 520767701 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 23 2025 21:10:32 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 520767703 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 23 2025 21:23:34 | Synchrony Bank/Harbor Freight, PO Box 965036, Orlando, FL 32896-5036 |
| 520767704 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 23 2025 21:10:05 | Synchrony Bank/Lowes, P.O. Box 105972, Atlanta, GA 30348-5972 |
| 520767706 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 23 2025 21:35:12 | Synchrony Bank/PC Richard & Son, P.O. Box 105972, Atlanta, GA 30348-5972 |
| 520767705 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 23 2025 21:10:39 | Synchrony Bank/Paypal, P.O. Box 105972, Atlanta, GA 30348-5972 |

TOTAL: 52

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 23, 2025 | Form ID: 186 | Total Noticed: 73 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Fetzko | on behalf of Joint Debtor Elsa Lucia DeBelli bfetzko@fetzkolaw.com |
| Brian C. Fetzko | on behalf of Debtor Jose R DeBelli bfetzko@fetzkolaw.com |
| Denise E. Carlon | on behalf of Creditor LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-3, U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to B dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5