Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−18178−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jose R DeBelli
84 Ray Street
Garfield, NJ 07026

Elsa Lucia DeBelli
84 Ray Street
Garfield, NJ 07026

Social Security No.:
xxx−xx−9862

xxx−xx−2400

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:

Debtor and Joint Debtor was entered on November 20, 2025.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 20, 2025
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 25-18178-SLM

Jose R DeBelli                                                                       Chapter 13

Elsa Lucia DeBelli
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                                    User: admin                                    Page 1 of 4

Date Rcvd: Nov 20, 2025                          Form ID: 148                          Total Noticed: 73

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

^                 Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jose R DeBelli, Elsa Lucia DeBelli, 84 Ray Street, Garfield, NJ 07026-3735 |
| aty | + | Asaph Abrams, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520767657 | + | Atlantic Ambulance Corp, PO Box 949, Matawan, NJ 07747-0949 |
| 520767658 | + | Atlantic Brain & Spine, 10 Madison Avenue, Suite 202, Morristown, NJ 07960-7303 |
| 520767659 | + | Atlantic Imaging Services, PO Box 1259, Dept 165956, Oaks, PA 19456-1259 |
| 520767660 | | Bergen Gastroenterology, PO Box 1870, Cary, NC 27512-1870 |
| 520767661 | + | Bergen New Bridge Medical Center, 3 Neptune Road, Suite S200, Poughkeepsie, NY 12601-7102 |
| 520767668 | + | Celentano, Stadtmauer & Walentowicz LLP, 1035 US Route 46 #208, Clifton, NJ 07013-7481 |
| 520767669 | | Central State Healthcare System, PO Box 35610, Newark, NJ 07193-5610 |
| 520767680 | | Hackensack Meridian, Pascack Valley Medical Group, PO Box 416899, Boston, MA 02241-6899 |
| 520767682 | | Imagecare at Denville, 57 Route 46E, Suite 209, Hackettstown, NJ 07840-2695 |
| 520767683 | + | Impact Medical, 44 State Route 23, Suite #6, Riverdale, NJ 07457-1603 |
| 520767691 | + | National Vision Inc, C/O America's Best, 2000 NewPoint Parkway, Suite 100H, Lawrenceville, GA 30043-5578 |
| 520767695 | + | Summit Health, 1 Robertson Drive, Bedminster, NJ 07921-1716 |
| 520767696 | + | Summit Health, 36 Newark Avenue, Suite 200, Belleville, NJ 07109-4121 |
| 520767697 | + | Sunnova SSA Management LLC, 20 Greenway Plaza, Suite 540, Houston, TX 77046-2015 |
| 520767707 | + | The Valley Hospital, 223 North Van Dien Ave, Ridgewood, NJ 07450-2736 |
| 520767708 | | Valley Medical Group, 15 Eaawx Road, Suite 506, Paramus, NJ 07652 |
| 520767709 | + | Valley Medical Group, 95 Route 17 South, Paramus, NJ 07652-2643 |
| 520767710 | | Weiss Medical, 44 Route 23 North, Suite 6, Riverdale, NJ 07457-1603 |
| 520767711 | + | Zoll Life Vest LLC, PO Box 1259, Dept 140418, Oaks, PA 19456-1259 |

TOTAL: 21


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 20 2025 21:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 20 2025 21:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520767655 | | Email/Text: mreed@affcollections.com | Nov 20 2025 21:19:00 | Accurate Collection Services, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 520781080 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 20 2025 21:15:47 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520767656 | + | EDI: GMACFS.COM | Nov 21 2025 01:54:00 | Ally Bank, Attn: President, 200 Renaissance Cir, Detroit, MI 48243-1300 |
| 520767663 | | Email/Text: BNBSB@capitalsvcs.com | Nov 20 2025 21:18:00 | Bryant State Bank, 500 60th St, Sioux Falls, SD 57104 |
| 520767665 | + | EDI: CAPITALONE.COM | Nov 21 2025 01:54:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |

District/off: 0312-2          User: admin          Page 2 of 4

Date Rcvd: Nov 20, 2025          Form ID: 148          Total Noticed: 73

| | | | |
|---|---|---|---|
| 520767664 | + EDI: CAPITALONE.COM | Nov 21 2025 01:54:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520773171 | EDI: DISCOVER | Nov 21 2025 01:54:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 520767666 | + EDI: CAPITALONE.COM | Nov 21 2025 01:54:00 | Capital One/Kohls, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520767667 | + EDI: CAPITALONE.COM | Nov 21 2025 01:54:00 | Capital One/Quicksilver, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520767670 | + EDI: WFNNB.COM | Nov 21 2025 01:54:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 520767671 | + EDI: CCS.COM | Nov 21 2025 01:54:00 | Credit Collection Services, 2 Wells Avenue, Newton Center, MA 02459-3225 |
| 520767672 | Email/PDF: creditonebknotifications@resurgent.com | Nov 20 2025 21:27:41 | Credit One, PO Box 60500, City of Industry, CA 91716-0500 |
| 520767674 | EDI: DISCOVER | Nov 21 2025 01:54:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 520767675 | ^ MEBN | Nov 20 2025 21:06:26 | DSRM National Bank, 7201 Canyon Drive, Amarillo, TX 79110-4339 |
| 520767673 | EDI: DISCOVER | Nov 21 2025 01:54:00 | Discover, PO Box 70176, Philadelphia, PA 19176-0176 |
| 520767676 | Email/Text: collecadminbankruptcy@fnni.com | Nov 20 2025 21:18:00 | First National Bank Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 520767662 | Email/Text: BNBLAZE@capitalsvcs.com | Nov 20 2025 21:18:00 | Blaze Mastercard, PO Box 2534, Omaha, NE 68103-2534 |
| 520771465 | ^ MEBN | Nov 20 2025 21:06:12 | Fetzko Law Offices, P.C., 12 Evergreen Drive, Suite 102, Middletown, NY 10940-4320 |
| 520767677 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 20 2025 21:17:00 | Fortiva, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 520767678 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 20 2025 21:18:00 | Goldman Sachs Bank, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 520767679 | + Email/Text: HUMCBankruptcy@hmhn.org | Nov 20 2025 21:18:00 | Hackensack Medical Center, 30 Prospect Avenue, Hackensack, NJ 07601-1915 |
| 520767681 | + EDI: CITICORP | Nov 21 2025 01:54:00 | Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520767684 | EDI: JEFFERSONCAP.COM | Nov 21 2025 01:54:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 520803668 | EDI: JEFFERSONCAP.COM | Nov 21 2025 01:54:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520767685 | + EDI: CAPITALONE.COM | Nov 21 2025 01:54:00 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 520843975 | + Email/Text: nsm_bk_notices@mrcooper.com | Nov 20 2025 21:18:00 | LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520767686 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2025 21:15:47 | LVNV Funding, 625 Pilot Road, Suite 3, Las Vegas, NV 89119-4485 |
| 520771460 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2025 21:27:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520767689 | Email/Text: ml-ebn@missionlane.com | Nov 20 2025 21:17:00 | MISSION LANE, PO BOX 105286, Atlanta, GA 30348 |
| 520767687 | + Email/Text: Mercury@ebn.phinsolutions.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Nov 20 2025 21:17:00 | Mercury, PO Box 70168, Philadelphia, PA 19176-0168 |
| 520767688 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Nov 20 2025 21:19:00 | Midland Credit Management, PO Box 13105, Roanoke, VA 24031-3105 |
| 520825201 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Nov 20 2025 21:19:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520767690 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Nov 20 2025 21:18:00 | Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 520767692 | | Email/Text: billingadmin@orthonj.org | | |
| | | | Nov 20 2025 21:18:00 | Orthopaedics New Jersey, 85 South Maple Avenue, Ridgewood, NJ 07450-4561 |
| 520843989 | | EDI: PRA.COM | | |
| | | | Nov 21 2025 01:54:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520767693 | | EDI: PRA.COM | | |
| | | | Nov 21 2025 01:54:00 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 520838190 | | EDI: PRA.COM | | |
| | | | Nov 21 2025 01:54:00 | Portfolio Recovery Associates, LLC, c/o ALLY BANK, POB 41067, Norfolk, VA 23541 |
| 520775787 | | EDI: Q3G.COM | | |
| | | | Nov 21 2025 01:54:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 520802840 | | EDI: Q3G.COM | | |
| | | | Nov 21 2025 01:54:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520767694 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Nov 20 2025 21:26:17 | Resurgent Capital Services, PO Box 510090, Livonia, MI 48151-6090 |
| 520792205 | | Email/Text: bankruptcy@springoakscapital.com | | |
| | | | Nov 20 2025 21:17:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 520767698 | | Email/Text: cfcbackoffice@contfinco.com | | |
| | | | Nov 20 2025 21:18:00 | Surge/Celtic Bank/Contfinco, PO Box6812, Carol Stream, IL 60197-6812 |
| 520767699 | | EDI: SYNC | | |
| | | | Nov 21 2025 01:54:00 | Synchrony, PO Box 71754, Philadelphia, PA 19176-1754 |
| 520767700 | + | EDI: SYNC | | |
| | | | Nov 21 2025 01:54:00 | Synchrony Bank, P.O. Box 105972, Atlanta, GA 30348-5972 |
| 520767702 | + | EDI: SYNC | | |
| | | | Nov 21 2025 01:54:00 | Synchrony Bank, PO Box 965015, Orlando, FL 32896-5015 |
| 520767701 | + | EDI: SYNC | | |
| | | | Nov 21 2025 01:54:00 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 520767703 | + | EDI: SYNC | | |
| | | | Nov 21 2025 01:54:00 | Synchrony Bank/Harbor Freight, PO Box 965036, Orlando, FL 32896-5036 |
| 520767704 | + | EDI: SYNC | | |
| | | | Nov 21 2025 01:54:00 | Synchrony Bank/Lowes, P.O. Box 105972, Atlanta, GA 30348-5972 |
| 520767706 | + | EDI: SYNC | | |
| | | | Nov 21 2025 01:54:00 | Synchrony Bank/PC Richard & Son, P.O. Box 105972, Atlanta, GA 30348-5972 |
| 520767705 | + | EDI: SYNC | | |
| | | | Nov 21 2025 01:54:00 | Synchrony Bank/Paypal, P.O. Box 105972, Atlanta, GA 30348-5972 |

TOTAL: 52

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0312-2            User: admin            Page 4 of 4

Date Rcvd: Nov 20, 2025            Form ID: 148            Total Noticed: 73

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2025            Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Fetzko | on behalf of Joint Debtor Elsa Lucia DeBelli bfetzko@fetzkolaw.com |
| Brian C. Fetzko | on behalf of Debtor Jose R DeBelli bfetzko@fetzkolaw.com |
| Denise E. Carlon | on behalf of Creditor LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES  SERIES 2007-3, U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to B dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5