**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

　　JOSE R DEBELLI
　　ELSA LUCIA DEBELLI

Order Filed on November 20, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

**Case No.:       25-18178 SLM**

**Chapter:        13**

## ORDER OF DISMISSAL

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 20, 2025**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): JOSE R DEBELLI
          ELSA LUCIA DEBELLI

Case No.: 25-18178

Caption of Order:   Order of Dismissal

_____

Upon the Debtor's failure to comply with the order entered on 10/23/2025 and for good cause shown,

it is

ORDERED that this case is dismissed and any discharge that was granted is vacated.  All

outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr.P.2002(f), the Clerk shall notify all parties in interest of the entry of this

order.

ORDERED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee from

payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable

Trustee fees and commissions, except any adequate protection payments due under the proposed plan or

by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional

application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13

Trustee.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 25-18178-SLM

Jose R DeBelli                                                                   Chapter 13

Elsa Lucia DeBelli

     Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 20, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2025:**

**Recip ID**          **Recipient Name and Address**
db/jdb           +  Jose R DeBelli, Elsa Lucia DeBelli, 84 Ray Street, Garfield, NJ 07026-3735

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2025          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2025 at the address(es) listed below:**

**Name**          **Email Address**

Brian C. Fetzko
          on behalf of Joint Debtor Elsa Lucia DeBelli bfetzko@fetzkolaw.com

Brian C. Fetzko
          on behalf of Debtor Jose R DeBelli bfetzko@fetzkolaw.com

Denise E. Carlon
          on behalf of Creditor LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES  SERIES 2007-3, U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to B dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
          magecf@magtrustee.com

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2                                      User: admin                                      Page 2 of 2
Date Rcvd: Nov 20, 2025                          Form ID: pdf903                              Total Noticed: 1
TOTAL: 5